UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON HOUSTON,                                    Plaintiff,

-v-

City of Poughkeepsie
and Officer Cronk,                                Defendant.

**08 CIV. 0968**

Case No. _____

Rule 7.1 Statement

FILED 2008 JAN 29 P 4:18 S.D. OF N.Y. W.P. U.S. DISTRICT COURT

**JUDGE ROBINSON**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Houston, Plaintiff   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 1/28/08

Signature of Attorney
STEPHEN P. O'HANK

Attorney Bar Code: SOH 0631

Form Rule7_1.pdf  SDNY Web 10/2007