UNITED STATES DISTRICT COURT:          SOUTHERN      DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------x    **Attorney**

JASON HOUSTON                                                              **Service # :** 803-342
                                                                          **Case # :**    08-CIV.0968
                                                          Plaintiff

                    - against -                                           *AFFIDAVIT OF SERVICE*
CITY OF POUGHKEEPSIE ET-AL                                                SUMMONS IN A CIVIL CASE


                                                          Defendant,
-------------------------------------------------------------------------------------------x

STATE OF NEW YORK              COUNTY OF DUTCHESS          SS.:


                    ANDREW SZYMKOWICZ   , being duly sworn, deposes and says: That deponent is not a
party to this action, is over 18 years of age  and resides at    ULSTER PARK, NEW YORK
That on     APRIL 3 2008                      at  11:20 AM     at C/O CITY OF POUGHKEEPSIE POLICE
DEPARTMENT CIVIC CENTER PLAZA POUGHKEEPSIE NY 12601                      deponent served the above paper
upon  CITY OF POUGHKEEPSIE

          By delivering a true copy thereof to said defendant/witness personally; deponent knew said person served to be the person
          described as defendant (witness) therein.

☒    A        MUNICIPAL        corporation, by delivering a true copy thereof to    CHRISTOPHER F BAIANO
          personally; deponent knew said corporation served to be the corporation described as defendant (witness) and knew said
          individual to be      CITY CHAMBERLAIN                        ( authorized to accept service on behalf of the corporation )

          By delivering a true copy thereof to                                          a person of suitable age and
          discretion. Said premises is defendant's / witness'       (place of business)              within the State.

          By affixing a true copy thereof to the door of said premises, the same being the defendant's      (dwelling place) (usual place of
          abode)(place of business)    within the State of New York.  Deponent was unable, with due diligence, to locate defendant
          or a person of suitable age and discretion thereat, having called there on the following dates and times :

          Deponent also enclosed a copy thereof in a first class postpaid, sealed envelope properly addressed to defendant (witness) at

          defendant's (witness') last known  (place of business)            and deposited said wrapper in an official US. Postal Service
          depository within the State, on          The envelope bore the legend "Personal and Confidential" and did not indicate
          on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action
          against the defendant.
              ☐   A certified Mailing,    ☐   Return Receipt requested was performed.  #                      was effected.

          Deponent paid (tendered) in advance  $                  , the authorized traveling expenses and one day's witness fee.

☒    DESCRIPTION - Deponent describes the individual served as follows:
     Sex  MALE      Skin color  WHITE      Approx. age  45    Approx. Ht.  5'10   Approx. Wt.    190  lbs.
     Color of Hair BLACK     Beard       Mustache    X      Other:

MILITARY SERVICE - Deponent asked the person served (spoken to) whether the defendant was in active military service of the
    United States or of the State and was informed he/she was not. Defendant wore ordinary civilian clothes and no military uniform.


Sworn to before me this
     4   day of APRIL 2008

                                                          ANDREW SZYMKOWICZ
Notary Public
          ELLEN EDWARDS
     NOTARY PUBLIC, State of New York
        Qualified in Ulster County
     Commission Expires August 23, 2009

UNITED STATES DISTRICT COURT:        SOUTHERN    DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x    **Attorney**
JASON HOUSTON                                                                          **Service # :**  803-343
                                                                                       **Case # :**    08-CIV.0968

                                                              Plaintiff

        - against -                                                                   *AFFIDAVIT OF SERVICE*
CITY OF POUGHKEEPSIE ET-AL                                                             SUMMONS IN A CIVIL CASE


                                                              Defendant,
--------------------------------------------------------------------------------x

STATE OF NEW YORK                COUNTY OF DUTCHESS            SS.:


            ANDREW SZYMKOWICZ   , being duly sworn, deposes and says: That deponent is not a
party to this action, is over 18 years of age  and resides at    ULSTER PARK, NEW YORK
That on        APRIL 3 2008                    at  11:20 AM       at C/O CITY OF POUGHKEEPSIE POLICE
DEPARTMENT CIVIC CENTER PLAZA POUGHKEEPSIE NY 12601                       deponent served the above paper
upon  OFFICER CRONK

        By delivering a true copy thereof to said defendant/witness personally; deponent knew said person served to be the person
        described as defendant (witness) therein.


        A                              corporation, by delivering a true copy thereof to
        personally; deponent knew said corporation served to be the corporation described as defendant (witness) and knew said
        individual to be                                        ( authorized to accept service on behalf of the corporation )

☒    By delivering a true copy thereof to      LT. BENNETT (DESIGNATED TO ACCEPT )      a person of suitable age and
        discretion. Said premises is defendant's / witness'      (place of business)                               within the State.

        By affixing a true copy thereof to the door of said premises, the same being the defendant's      (dwelling place) (usual place of
        abode)(place of business)      within the State of New York.  Deponent was unable, with due diligence, to locate defendant
        or a person of suitable age and discretion thereat, having called there on the following dates and times :

☒    Deponent also enclosed a copy thereof in a first class postpaid, sealed envelope properly addressed to defendant (witness) at
        ABOVE SERVICE ADDRESS
        defendant's (witness') last known  (place of business)            and deposited said wrapper in an official US. Postal Service
        depository within the State, on     4/3/08        The envelope bore the legend "Personal and Confidential" and did not indicate
        on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action
        against the defendant.
            ☐    A certified Mailing,    ☐    Return Receipt requested was performed.  #                      was effected.

        Deponent paid (tendered) in advance  $                  , the authorized traveling expenses and one day's witness fee.

        DESCRIPTION - Deponent describes the individual served as follows:
        Sex   MALE      Skin color   WHITE      Approx. age  54      Approx. Ht.  5'10   Approx. Wt.    220  lbs.
        Color of HairBROWN      Beard        Mustache    X        Other:   GLASSES

MILITARY SERVICE - Deponent asked the person served (spoken to) whether the defendant was in active military service of the
    United States or of the State and was informed he/she was not. Defendant wore ordinary civilian clothes and no military uniform.


Sworn to before me this
    4    day of APRIL 2008

_____                              _____
Notary Public                                                              ANDREW SZYMKOWICZ
        ELLEN EDWARDS
    NOTARY PUBLIC, State of New York
        Qualified in Ulster County
    Commission Expires August 23, 2009