UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JASON HOUSTON,                                         **AFFIDAVIT OF SERVICE**

                Plaintiff,

                                            08 CIV 0968 (SCR)

-against-

CITY OF POUGHKEEPSIE, NEW YORK, its officers, agents,
and employees and OFFICER CRONK, individually and as an
employee of the City of Poughkeepsie,

                Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF DUTCHESS    )

    DONNA M. FELLER, being duly sworn, deposes and says:

    I am a Secretary with the law office of McCabe & Mack LLP, attorneys for defendants and am over 18 years of age.

    On the 28th day of April, 2008 I served a copy of the attached **ANSWER** upon the following parties whose name is hereinafter set forth by depositing a true copy of same in a securely enclosed wrapper, at the postal box located on Mansion Street in Poughkeepsie, New York, which box is under the exclusive custody and care of the United States Post Office, which copies are directed to said parties at the addresses set after their respective names, that being the address within the State designated by them for that purpose, to wit:

<u>Name and address of Parties</u>

Stephen P. O'Hare, Esq.
488 Freedom Plains Road, Suite 103
Poughkeepsie, NY 12603

                                                   _____
                                                   DONNA M. FELLER

Sworn to before me this
28th day of April, 2008.

_____
Notary Public

TERRY A. MAURER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA4887414
Qualified in Dutchess County
My Commission Expires March 23, 2011